UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| MARVIN D. REED, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No. 08-2072 |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| sued as Michael J. Astrue, | ) |
| | ) |
| Defendant. | ) |

# REPORT AND RECOMMENDATION

In September 2007, Administrative Law Judge (hereinafter "ALJ") Peter Caras denied Plaintiff Marvin Reed's application for supplemental security income and disability insurance benefits. The ALJ based his decision on a finding that Plaintiff can perform jobs that exist in significant numbers in the national economy.

In March 2008, Plaintiff, acting *pro se*, filed a Complaint (#5) against Defendant Michael Astrue, the Commissioner of Social Security, seeking judicial review of the ALJ's decision to deny social security benefits. In September 2008, Plaintiff filed a document that the Court deems to be his motion for summary judgment (#14). In October 2008, Defendant filed a Motion for an Order Which Affirms the Commissioner's Decision (#15).

Consistent with the Court's reasoning in the Report and Recommendation denying motion (#14), the Court now recommends, pursuant to its authority under 28 U.S.C. § 636(b)(1)(B), that Defendant's Motion for an Order Which Affirms the Commissioner's Decision **(#15)** be **GRANTED**.

The parties are advised that any objection to this recommendation must be filed in writing with the Clerk within ten working days after service of a copy of this recommendation. *See* 28 U.S.C. 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.,* 797 F.2d 538, 539 (7th Cir. 1986).

ENTER this 3rd day of April, 2009.

s/ DAVID G. BERNTHAL<br>U.S. MAGISTRATE JUDGE