## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| **MARVIN D. REED,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v.    ) | Case No. 08-CV-2072 |
| ) | |
| **COMMISSIONER OF SOCIAL SECURITY** ) | |
| **sued as Michael J. Astrue,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER

Reports and Recommendations (#16), (#17) were filed by the Magistrate Judge in the above cause on April 3, 2009.  More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made.  See 28 U.S.C. § 636(b)(1).  The Recommendation of the Magistrate Judge is, therefore, accepted by the court.  See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

   IT IS THEREFORE ORDERED THAT:

(1) The Reports and Recommendations (#16), (#17) are accepted by this court.

(2) Plaintiff's Motion for Summary Judgment (#14) is DENIED.  Defendant's Motion for an Order Which Affirms the Commissioner's Decision (#15) is GRANTED.

(3) This case is terminated.

ENTERED this 23rd day of April, 2009

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE